UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| FELISHA FISHER, Individually, and as next friend of MARTHA ANN MAYS, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT dba UNUM LIFE INSURANCE COMPANY OF AMERICA and PLASTECH ENGINEERED PRODUCTS, INC.,<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1-05-1048-T An |

## STIPULATION REGARDING VARIOUS PROCEDURAL MATTERS

The parties, by and through counsel, hereby STIPULATE the following procedural matters:

1. The complaint is AMENDED to add Martha Mays' other surviving children, Darin Fisher, Syreeta L. Mays, and Nicholas T. Mays, as additional plaintiffs in this action;

2. Defendants having represented that the group life insurance coverage under which plaintiffs seek benefits in this action was issued by defendant UNUM Life Insurance Company of America (UNUM), and, therefore UnumProvident Corporation and Plastech Engineered Products, Inc. are not necessary defendants, this action is hereby DISMISSED, without prejudice, as to UnumProvident Corporation and Plastech Engineered Products, Inc.

ENTER:

_____
United States District Judge
18 april 2005

468059.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _____ 04-20-05

STIPULATED:

LAW OFFICES OF GEORGE L. MORRISON, III

By: *Scott G. Kirk by TRD w/ permission*
Scott G. Kirk, BPR#013854

120 S. Liberty Street, P.O. Box 182
Jackson, TN 38302
(731) 422-1635

Attorneys for Plaintiff


WOOLF, McCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC

By: *[signature]*
Tony R. Dalton, BPR#014812
Ashley M. Barrington, BPR#020800

900 S. Gay Street, Suite 900
P.O. Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000

Attorneys for UnumProvident Corporation and
UNUM Life Insurance Company of America

468059.1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Scott G. Kirk, Esq.
Law Offices of George L. Morrison, III
120 S. Liberty Street, P.O. Box 182
Jackson, TN 38302

*Attorneys for Plaintiff*

This the 13 day of April, 2005.

_____
Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01048 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Scott G. Kirk
LAW OFFICE OF GEORGE L. MORRISON, III
P.O. Box 182
Jackson, TN 38302--018

Tony R. Dalton
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

Honorable James Todd
US DISTRICT COURT