UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| FELISHA FISHER, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1-05-1048-T An |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COMPROMISE AND DISMISSAL

The parties, by and through counsel, having announced to the court that all claims in this action have been compromised and settled, it is ORDERED that this action is DISMISSED, with prejudice, as to all claims and all parties, with each party to bear its own costs and attorney's fees.

ENTER:

James D. Todd
United States District Judge

9 August 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/10/05

477415.1                              1

APPROVED FOR ENTRY:

LAW OFFICES OF GEORGE L. MORRISON, III

By: _____
Scott G. Kirk, BPR#013854

120 S. Liberty Street, P.O. Box 182
Jackson, TN 38302
(731) 422-1635

Attorneys for Plaintiffs


WOOLF, McCLANE, BRIGHT, ALLEN
  & CARPENTER, PLLC

By: _____
Tony R. Dalton, BPR#014812
Ashley M. Barrington, BPR#020800

900 S. Gay Street, Suite 900
P.O. Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000

Attorneys for Defendants

477415.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

        Scott G. Kirk, Esq.
        Law Offices of George L. Morrison, III
        120 S. Liberty Street, P.O. Box 182
        Jackson, TN 38302

        *Attorneys for Plaintiff*

This the 14 day of July, 2005.

        _____
        Attorney

477415.1

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01048 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

Scott G. Kirk
LAW OFFICE OF GEORGE L. MORRISON, III
P.O. Box 182
Jackson, TN 38302--018

Tony R. Dalton
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Honorable James Todd
US DISTRICT COURT